# United States Bankruptcy Court
## Eastern District of Virginia

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Scenic America, Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**54-1933084** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10210 Marsh Road**<br>**Bealeton, VA**<br>ZIP Code **22712** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fauquier** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 759**<br>**Bealeton, VA**<br>ZIP Code **22712-0759** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Scenic America, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Scenic America, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Ann E. Schmitt**
Signature of Attorney for Debtor(s)

**Ann E. Schmitt 22030**
Printed Name of Attorney for Debtor(s)

**Culbert & Schmitt, PLLC**
Firm Name

**30C Catoctin Circle, SE**
**Leesburg, VA 20175**

Address

**Email: aschmitt@culbert-schmitt.com**
**703-737-6377  Fax: 703-737-6370**
Telephone Number

**October 22, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sandy Merriman**
Signature of Authorized Individual

**Sandy Merriman**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 22, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Scenic America, Inc.**  Case No.
Debtor(s)  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ABC Companies<br>NW 553<br>PO Box 1450<br>Minneapolis, MN 55485-5553 | ABC Companies<br>NW 553<br>PO Box 1450<br>Minneapolis, MN 55485-5553 | vehicle lease | | 25,354.09 |
| ABC Companies Coach<br>PO Box 1450<br>Minneapolis, MN 55485-5563 | ABC Companies Coach<br>PO Box 1450<br>Minneapolis, MN 55485-5563 | | | 34,479.34 |
| ABC Companies Parts/Service<br>1506 30th Street NW<br>Faribault, MN | ABC Companies Parts/Service<br>1506 30th Street NW<br>Faribault, MN | | | 14,231.55 |
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | | | 43,000.00 |
| Bailey Coach<br>Suite 1<br>123 E. Market St.<br>York, PA 17401 | Bailey Coach<br>Suite 1<br>123 E. Market St.<br>York, PA 17401 | | | 12,835.00 |
| Betty Wise<br>900 First Colonial Rd.<br>Apt. 125<br>Virginia Beach, VA 23454 | Betty Wise<br>900 First Colonial Rd.<br>Apt. 125<br>Virginia Beach, VA 23454 | loan | | 25,000.00 |
| Branch Banking & Trust<br>21 Main Street<br>Warrenton, VA 20186 | Branch Banking & Trust<br>21 Main Street<br>Warrenton, VA 20186 | accounts, general intangibles, inventory, equipment, parts and tools | | 21,420.87<br>(0.00 secured) |
| Branch Banking & Trust<br>21 Main Street<br>Warrenton, VA 20186 | Branch Banking & Trust<br>21 Main Street<br>Warrenton, VA 20186 | accounts, inventory, equipment, tools and parts | | 75,000.00<br>(0.00 secured) |
| Branch Banking & Trust<br>21 Main Street<br>Warrenton, VA 20186 | Branch Banking & Trust<br>21 Main Street<br>Warrenton, VA 20186 | accounts, inventory, equipment, parts and tools | | 149,906.10<br>(0.00 secured) |

11/01/10 10:20AM

B4 (Official Form 4) (12/07) - Cont.
In re  **Scenic America, Inc.**                                              Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Branch Banking & Trust<br>21 Main Street<br>Warrenton, VA 20186** | **Branch Banking & Trust<br>21 Main Street<br>Warrenton, VA 20186** | **Accounts, equipment, parts and tools** | | **85,000.00<br><br>(0.00 secured)** |
| **Branch Banking & Trust<br>21 Main Street<br>Warrenton, VA 20186** | **Branch Banking & Trust<br>21 Main Street<br>Warrenton, VA 20186** | **accounts, inventory, equipment, parts and tools** | | **84,666.54<br><br>(0.00 secured)** |
| **Caterpillar Financial Services<br>PO Box 340001<br>Nashville, TN 37203-0001** | **Caterpillar Financial Services<br>PO Box 340001<br>Nashville, TN 37203-0001** | **12 Van Hool C-2045 Motorcoaches (See schedule A)** | | **2,853,232.00<br><br>(2,750,000.00 secured)** |
| **Key Equipment Finance<br>PO Box 74713<br>Cleveland, OH 44191-0796** | **Key Equipment Finance<br>PO Box 74713<br>Cleveland, OH 44191-0796** | **bus lease** | | **86,395.86** |
| **Quarles Fuel Network<br>PO Box 7327<br>Fredericksburg, VA 22404-7327** | **Quarles Fuel Network<br>PO Box 7327<br>Fredericksburg, VA 22404-7327** | **fuel purchases** | | **15,000.00** |
| **Quicks Bus Company<br>2309 Poplar St.<br>Staunton, VA 24401** | **Quicks Bus Company<br>2309 Poplar St.<br>Staunton, VA 24401** | **bus rental** | | **10,770.53** |
| **Sackett Cook & Assoc.<br>600 Farimont Ave<br>Suite 106** | **Sackett Cook & Assoc.<br>600 Farimont Ave<br>Suite 106** | | | **36,052.00** |
| **Saucon<br>2455 Baglyos Circle<br>Bethlehem, PA 18020-8025** | **Saucon<br>2455 Baglyos Circle<br>Bethlehem, PA 18020-8025** | | | **15,700.00** |
| **Scott and Sandy Merriman<br>381 Stuyvesant St.<br>Warrenton, VA 20186** | **Scott and Sandy Merriman<br>381 Stuyvesant St.<br>Warrenton, VA 20186** | **loans to company and amounts charged to credit cards for business operations** | | **16,000.00** |
| **State Corporation Comm.<br>Public Services Taxation** | **State Corporation Comm.<br>Public Services Taxation** | | | **26,001.65** |
| **Wolf's Bus Lines<br>PO Box 235<br>York Springs, PA 17372** | **Wolf's Bus Lines<br>PO Box 235<br>York Springs, PA 17372** | **Motor coach service** | | **20,316.20** |

B4 (Official Form 4) (12/07) - Cont.

In re **Scenic America, Inc.** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 22, 2010**   Signature  **/s/ Sandy Merriman**
                                       **Sandy Merriman**
                                       **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

ABC Companies  
NW 553  
PO Box 1450  
Minneapolis, MN 55485-5553

ABC Companies Coach  
PO Box 1450  
Minneapolis, MN 55485-5563

ABC Companies Parts/Service  
1506 30th Street NW  
Faribault, MN

ADT Security Services, Inc.  
PO Box 371956  
Pittsburgh, PA 15250-7956

Alice J. Lienhart  
10375 Cohoke Pkwy.  
Ashland, VA 23005

American Express  
P.O. Box 1270  
Newark, NJ 07101-1270

American Express  
PO Box 981535  
El Paso, TX 79998-1535

Arthur C. Wright  
935 West Washington St.  
Henrico, VA 23075

Bailey Coach  
Suite 1  
123 E. Market St.  
York, PA 17401

Bank of America  
Business Card  
PO Box 15710  
Wilmington, DE 19886-5710

Bank of America
Business Card
PO Box 15701
Wilmington, DE 19886-5710


Bennett, Atkinson & Associates
9300 West Courthouse Rd.
Suite 206
Manassas, VA 20110


Betty Wise
900 First Colonial Rd.
Apt. 125
Virginia Beach, VA 23454


BMW Financial Services
PO Box 78103
Phoenix, AZ


Branch Banking & Trust
21 Main Street
Warrenton, VA 20186


Brian Thomas
3905 14th Street, South
Arlington, VA 22204


Brittany N. Meriman
5064 Country Creek Lane
Warrenton, VA 20187


Broadlands Homeowners Assoc.
21907 Claiborne Pkwy.
Ashburn, VA 20148


Bruce Maclean
1385 Freeman Drive
Sterling, VA 20166


Calco
37180 Hwy. 30
Geismar, LA 70734

Capital One
PO Box 71083
Charlotte, NC 28272-0885

Cardinal Coach
252 Charlie Frederick Rd.
Warsaw, NC 28398

Caterpillar Financial Services
PO Box 340001
Nashville, TN 37203-0001

Caterpillar financial Services
PO Box 905561
Charlotte, NC 28290-5561

Catherine B. Finchan
1812 Picadilly Circle
Culpeper, VA 22701

Centreville Presbyterian Churc
15450 Lee Highway
Centreville, VA 20120

Charles Cook
6108 Massaponax Drive
Fredericksburg, VA 22407

Chesapeake Charters
424 Broadneck Rd.
Annapolis, MD 21409

Cintas Corp.
Loc. 385
PO Box 630803
Cincinnati, OH 45263-0803

Culpeper Trash
15510 Montanus Drive
Suite H
Culpeper, VA 22701

Dane Campbell
8217 Wycliffe Ct.
Manassas, VA 20109

David Purks
8112 Zachary Taylor Hwy
Unionville, VA 22567


Donald Jones
2343 Nomini Grove Rd.
Warsaw, VA 22572


Douglas H. Leary
111 Olson Lane
Sandston, VA 23150


Eduardo S. Perez
510 Barberry Court
Culpeper, VA 22701


Estelle Reid
3989 Cameron St.
Dumfries, VA 22026


Everett S. Merriman
5064 Country Creeek Lane
Broad Run, VA 20137


Fauquier County
Elizabeth Ledgerton, Treasurer
PO Box 677
Warrenton, VA 20188-0677


FedEx
PO Box 371461
Pittsburgh, PA 15250-7461


Fellowship of Christian Athl.
National Capital Region
9683 C Main St.
Fairfax, VA 22031


George Everett
7405 Vernon Rd.
Henrico, VA 23228


George Sievert
80 Round Mountain Lane
Bentonville, VA 22610

GMAC
PO Box 9001948
Louisville, KY 40290


Greater Richmond Transp. & Com


Groome Transportation
5500 Lewis Rd.
Sandston, VA 23150


Hanover County
Dept. of Public Utiliites
PO Box 91736
Richmond, VA 23291-1736


Hanover Insurance Co.
PO Box 4031
Woburn, MA 01888


Harold T. Thomas
2111 Blue Sprpuce Drive
Culpeper, VA 22701


Harry E. Downing
14222 Lee Hwy #F17
Gainesville, VA 20155


Harvey Thomas
177 Church Street
Fredericksburg, VA 22408


Henry martin, Jr.
2116 Polo Grounds Rd.
Charlottesville, VA 22911


Hire Right Solutions, Inc.
23883 Network Place
Chicago, IL 60673-1238


Homer Mounce Jr.
930 Black Hath Rd.
Midlothian, VA 23113

I.P. Barlow
8305 Silverthorn Rd.
Fairfax Station, VA 22039


IDERAC Media
PO Box 619009
DFW Airport
Dallas, TX 75261-9009


Inca Gold Products
1450 West 135th Street
Gardena, CA 90249


Intern. Travel of Nashville
4004 Hillsboro Rd., Ste. 236B
Nashville, TN 37215


James Berry
9319 Meadowfield Ct.
Apartment i
Glen Allen, VA 23060


JD Newman, Inc.
21404 Business Ct.
Elkwood, VA 22718


Jenna B. Merriman
5064 Country Creek Lane
Broad Run, VA 20137


Jernay Freeman
5505 Seminary Road
Falls Church, VA 22041


Jerry Jones
196 Martins Branch
Aylett, VA 23009


Jim Harris GMC
250 West Shirley Ave.
Warrenton, VA 20186


John H. Whitley
10711 Allie Drive
Fredericksburg, VA 22408

John R. Hooe, Jr.
8905 Cherry Tree Lane
Henrico, VA 23229


Jonathan Perez
510 Barbery St.
Culpeper, VA 22701


Joseph Erexson Sr.
20 Brighton Cove
Ruther Glen, VA 22546


Kathleen Thomas
2111 Blue Spruce Drive
Culpeper, VA 22701


Key Equipment Finance
PO Box 74713
Cleveland, OH 44191-0796


Key Equipment Finance
11030 Circle Point Road
2nd Floor
Broomfield, CO 80020


L.W. Transportation Inc.
4600 Sutton Oaks Drive
Chantilly, VA 20151


Lambert Mercer
#19 Ashcroft Drive
Fredericksburg, VA 22405


Laurence J. Einuis, Jr.
8456 Great Lake Lane
Springfield, VA 22153


Lexis Nexis
PO Box 934899
Atlanta, GA 31193-4899


Lynn M. Settle
13413 Stuart Lane
Brandy Station, VA 22714

Mark Tilghman
25 Emerald Drive
Fredericksburg, VA 22406


McCarthy Tire Service Co., Inc
PO Box 1125
Wilkes Barre, PA 18703


Merry Maids
9550 James Madison Hwy
Warrenton, VA 20186


Michael Getz
5566 Balls Mill Rd.
Midland, VA 22728


Michael Golden
14049 Mocking Bird Lane
Culpeper, VA 22701


Michael W. Coyle
718 Freeman St.
Fredericksburg, VA 22401


Milton Banks
2829 Eagle Trace Terrace
Richmond, VA 23223


Nestor Perez
510 Barberry St.
Richmond, VA 23223


Norman Grimes
1515 Ruthledge Ave.
Charlottesville, VA 22903


Northern Virginia Supply
PO Box 37191
Baltilmore, MD


Opal Storage
PO Box 1148
Culpeper, VA 22701

Patient First
Corporate Payments
PO Box 759041
Baltimore, MD 21275-9041

Perkiomen Tours
PO Box 33
Pennsburg, PA 18073

PPTA
147 Old Solomon's Island Rd.
Annapolis, MD 21401

Pro Tran
10903 Indian Head Hwy, Ste 107
Fort Washington, MD 20744

Pro-American Tours
1195 Emmett Rd.
Etlan, VA 22719

Provost Car, Inc.
PO Box 5594
Elgin, IL 60121-5594

Quarles Fuel Network
PO Box 7327
Fredericksburg, VA 22404-7327

Quicks Bus Company
2309 Poplar St.
Staunton, VA 24401

Ramblin Express
875 W 64th Avenue "C"
Denver, CO 80221

Robert Shuff
PO Box 27
Somerville, VA 22739

Ronald Kelley
7135 Kelly Ridge Rd.
Culpeper, VA 22701

Sackett Cook & Assoc.
600 Farimont Ave
Suite 106


Samuel Warren
23276 Westmont Drive
Ruther Glen, VA 22546


Sandra and Scott Merriman
5064 Country Creek Lane
Warrenton, VA 20187


Sandra Merriman
5064 Country Creek Lane
Broad Run, VA 20137


Saucon
2455 Baglyos Circle
Bethlehem, PA 18020-8025


Scott and Sandy Merriman
381 Stuyvesant St.
Warrenton, VA 20186


Scott Merriman
5064 Country Creek Lane
Warrenton, VA 20187


Sentra of North America
6012B High Point Rd.
Greensboro, NC 27407


Shenandoah Spring Water
PO Box 2339
Staunton, VA


Shirley Lavoie
5164 Summerduck Rd.
Sumerduck, VA 22742


Siteworks, Inc.
45 Main St.
Warrenton, VA 20186

Sprint
PO Box 4181
Carol Stream, IL 60197-4181


Stanford Stone
10830 Woodland Pond Parkway
Chesterfield, VA 23838


State Corporation Comm.
Public Services Taxation


Thomas E. duB. Fauls
Troutman Sanders
1001 Haxall Point
Richmond, VA 23219


Thomas Landram
445 Overlook Dr.
Front Royal, VA 22630


Thomas Patrick
13668 Woodland Pond Pkwy.
Chester, VA 23836


Transworld Systems, Inc.
1608 Spring Hill Rd.
Suite 410
Vienna, VA 22182


Travel Leaders
4113 Plank Rd.
Fredericksburg, VA 22407


Treasurer Commonwealth of VA
DGS Fiscal Services
PO Box 562
Richmond, VA 23218-0562


Turbo Images
107e Rue Est.
Saint-Georges, Quebec
Canada, G5Y 8C3

Verizon  
PO Box 660720  
Dallas, TX 75266-0720

Verizon  
PO Box 660720  
Dallas, TX 75266

Virginia Dept. of Taxation  
PO Box 2156  
Richmond, VA 23218

Virginia Real Estate  
PO Box 1861  
Ashland, VA 23005

Walsh Colucci Lubeley  
4310 Prince William Pkwy.  
Suite 300  
Woodbridge, VA 22192

Western Branch Diesel  
PO Box 7788  
Portsmith, VA

William Grove  
13363 Silver Hill Rd.  
Sumerduck, VA 22742

William Holmes  
10232 Lees Mill Rd.  
Warrenton, VA 20186

William T. Riner  
11409 Smithfield Rd.  
Manassas, VA 20112

Williamsburg Music Boosters  
3600 N. Harrison Street  
Arlington, VA 22207

Wolf's Bus Lines  
PO Box 235  
York Springs, PA 17372

Zep Manufacturing Co.
Acuity Specialty Products
PO Box 3338
Boston, MA